**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

              vs.                        **CASE NO: 3:97CR072-12 (SEC)**

**CESAR COLON-RIVERA**
* * * * * * * * * * * * * * * *

**MOTION REQUESTING MODIFICATION OF SUPERVISION CONDITIONS**

TO THE HONORABLE SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Cesar Cólon-Rivera, who on March 5, 1999, was sentenced to serve an imprisonment term of one hundred and twenty (120) months after he plead guilty to violating Title 21 U.S.C. Section 846.  A supervised release term of five (5) years was also imposed with the special conditions of submitting to urinalyses and treatment if needed.   A special monetary assessment in the amount of $100 was imposed.  On March 25, 2005, the offender was released from custody at which time the supervised release term commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      The offender has confronted personal situations causing him emotional distress. He has expressed interest in receiving mental health treatment to help him cope with these situations.  Mr. Colón-Rivera has agreed to the modification of his supervision conditions

as noted on the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, to include mental health treatment/evaluation.

**WHEREFORE**, in light of the aforementioned, and unless ruled otherwise, it is respectfully requested that the Court modify Mr. Colón-Rivera's conditions of supervision to require that he participates in a mental health program as directed and arranged by the U.S. Probation Officer.

In San Juan, Puerto Rico, this 9th day of March 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/ Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 9th, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas F. Klumper, Assistant U.S. Attorney, and Joseph Laws, Federal Public Defender.

In San Juan, Puerto Rico, this 9th day of March 2006.

                                              s/ Yvette Villegas-Otero
                                              Yvette Villegas-Otero
                                              U.S. Probation Officer
                                              150 Carlos Chardón Ave.
                                              Federal Office Building, Office 400
                                              San Juan, PR 00918
                                              Tel. No. (787) 771-3630
                                              Fax No. (787) 766-5945
                                              yvette_villegas@prp.uscourts.gov