UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

Crim. No. 97-72 (SEC)

CESAR COLON-RIVERA
    Defendant

O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 698 Motion Requesting Modification of Supervision Conditions** | **GRANTED**. Ms. Yvette Villegas-Otero, U.S. Probation Officer, has filed a motion requesting that the Court modify Mr. César Colón-Rivera's conditions of release to include his participation in a mental health program (Docket # 698). Mr. Colón-Rivera has not objected to said modification and has waived his right to a hearing. Accordingly, the U.S. Probation Officer's motion is **GRANTED** and Mr. Colón-Rivera's conditions of release are modified to include his participation in a mental health program. |

DATE:  March 10, 2006

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge