IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

vs.   CASE NO. 3:97CR00072-12 (SEC)

**CESAR COLON-RIVERA**

* * * * * * * * * * * * * * * * *

ORDER

Upon petition of YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court, alleging that defendant, Cesar Colón-Rivera, has failed to comply with his conditions of supervision, it is ORDERED that he appear before this Court on _____ 2007 at _____, for a hearing to show cause, if there be any, why the supervised release term on the above-entitled case should not be revoked. Thereupon, Mr.Colón-Rivera be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons to the offender, Mr. Colón-Rivera, and provide defense counsel and the government with a copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this      day of October  2007.

_____
**SALVADOR E. CASELLAS**
**SENIOR U.S. DISTRICT JUDGE**