IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v<br><br>CESAR COLON-RIVERA,<br>*Defendant*. | CRIMINAL NO. 97-072 (SEC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1.     Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for defendant Cesar Colón-Rivera.

2.     Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

In San Juan, Puerto Rico, on the 26th day of October, 2007.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**


*S/Coral Rodríguez-Morales*
**CORAL RODRÍGUEZ-MORALES**
**USDC-PR 224808**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail : coral@fd.org**

USA v. CESAR COLÓN-RIVERA                                                                                   Page 2
Criminal No. 97-072 (SEC)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 26th day of October, 2007.

        **JOSEPH C. LAWS, JR.**
        **Federal Public Defender**
        **District of Puerto Rico**

        *S/Coral Rodríguez-Morales*
        **CORAL RODRÍGUEZ-MORALES**
        **USDC-PR 224808**
        **A.F.P.D. for Defendant**
        **241 Franklin D. Roosevelt Avenue**
        **Hato Rey, PR  00918-2441**
        **Tel. (787) 281-4922 / Fax (787) 281-4899**
        **E-mail :** coral@fd.org