## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>César Colón Rivera<br>Defendant | CRIMINAL NO. 97-072 (SEC) |

### MOTION TO CONTINUE

**TO THE HONORABLE COURT:**

**COMES NOW** Mr. César Colón Rivera, represented by the Federal Public Defender of the District of Puerto Rico and before this Honorable Court respectfully states and prays as follow:

1. Mr. Colón Rivera's Preliminary Hearing on motion alleging violations of conditions of release is scheduled for November 14, 2007.
2. Counsel will be out of Puerto Rico from November 12, 2007 to November 16, 2007.
3. Counsel is ready to proceed anytime after November 20, 2007.

**WHEREFORE** it is respectfully requested that this Honorable Court grants this motion to continue proceedings and reschedule the Preliminary Hearing for anytime after November 20, 2007.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send electronic notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, this 5th day of November 2007.

        **JOSEPH C. LAWS, JR.**
        **Federal Public Defender**
        **District of Puerto Rico**

        *S/ Coral Rodríguez-Morales*
        Coral Rodriguez-Morales
        A.F.P.D. for Defendant
        USDC-PR 224808
        241 F.D. Roosevelt Avenue
        San Juan, P.R. 00918-2441
        Phone No. (787) 281-4922/ fax (787) 281-4899
        E-mail: coral@fd.org