UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   MAGISTRATE MARCOS E. LÓPEZ

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE: November 20, 2007

COURT REPORTER:   **FTR**                                Case No. Cr 97-72-12 (SEC) / (MEL)

COURT INTERPRETER:                                  PO-Yvette Villegas
================================================================

United   States of America                     Attorneys:  AUSA-Ilianys Rivera-Miranda

vs.


Cesar Colo-Rivera                                     AFPD-Coral Rodriguez

================================================================

Case called for Preliminary Hearing re: Revocation of Supervise Release. Defendant is not present in Court.

Probation Officer, Yvette Villegas is heard and gives the Court a summary of the case and also states that she spoke to USM Velez, who informed that the summons could not be served as defendant had left the program. She further states that she doesn't know the whereabouts of this defendant. Defense counsel is also heard and also states that she doesn't know the whereabouts of this defendant.

The Court after hearing the parties, orders that a warrant of arrest be issued.


                                                         *s/Minerva Figueroa*
                                                         Minerva Figueroa
                                                         Courtroom Deputy Clerk