# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   MAGISTRATE MARCOS E. LÓPEZ

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE: December 12, 2007

COURT REPORTER:   **FTR**                                  Case No. 97-72-12- SEC / (MEL)

COURT INTERPRETER:
==================================================================

United   States of America                    <u>Attorneys:</u> No One Present

vs.

Cesar Colon-Rivera                            AFPD-Coral Rodriguez
==================================================================

**Initial Appearance, re: Revocation of Supervised Release:**

Defendant came to the Court with AFPD, Coral Rodriguez.  An arrest warrant was  issued on 11/20/07 by Magistrate Judge Marcos E. López. Defendant was advised of the right to a preliminary hearing to determine whether the supervised release conditions had been violated. Defendant shall remains under custody.  **<span style="color:red">Preliminary Revocation Hearing set for 12/17/2007 at 1:30  PM in Magistrate Judge Marcos E. López.</span>**

                                              *S/MINERVA FIGUEROA*
                                              Courtroom Deputy Clerk