# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO          DATE: JANUARY 11, 2008

COURT REPORTER: FTR/sld                        **CRIM. NO. 97-072 (12)(SEC)**

COURT INTERPRETER: EDNA BRAYFIELD

======================================================================
                                                        Attorneys:

UNITED STATES OF AMERICA                       AUSA, JULIE MOSLEY

vs.

CESAR COLON-RIVERA                             AFPD, CARMEN CORAL RODRIGUEZ
U/C-14924-069
======================================================================

The defendant is present in court.  He is __x__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

__X__   Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   MARCH 5, 1999 is REVOKED**.

**SENTENCE**: Imprisonment for a term of 6 months.  No further term of supervised release will be imposed.  Court highly recommended that while serving his imprisonment term, he be provided with substance abuse treatment. The Court orders that the offender pays the unpaid balance of his Special Monetary Assessment.

                                                             *S/ Sulma López-Defilló*
                                                              Courtroom Deputy Clerk