✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

             FOR THE                    District of         PUERTO RICO

UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**
V. | (For **Revocation** of Probation or Supervised Release)

CESAR COLON-RIVERA

Case Number: **97-CR-072 (12) (SEC)**

USM Number: 14924-069

AFPD, CARMEN CORAL RODRIGUEZ-MORALES
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   MANDATORY #1, STANDARD #2 & #11   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| MANDATORY CONDITION #1 | Failure to refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substance. | 4/25/06, 4/27/06, 7/20/07, 8/21/07, 8/31/07, 9/5/07 |
| STANDARD CONDITION #2 | Failure to report to the USPO and failure to submit and complete written report within the first five days of each month. | 5/30/07, 8/10/07 and from January to August 2007 |
| STANDARD CONDITION #11 | Failure to notify USPO within 72 hours of being arrested or questioned by a law enforcement officer. | 10/31/06 |
| MANDATARY CONDITION | Failure to pay in full the Special Monetary Assessment. | 01/11/07 |

     The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date _____

Defendant's Residence Address:

JANUARY 11, 2008
Date of Imposition of Judgment

S/ *Salvador E. Casellas*
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT JUDGE
Name and Title of Judge

JANUARY 11, 2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:          CESAR COLON-RIVERA
CASE NUMBER:        97-CR-072 (12) (SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**SIX (6) MONTHS and to PAYS the UNPAID BALANCE of this SMA payment.** No additional term of supervision will be imposed.

X   The court makes the following recommendations to the Bureau of Prisons:
    **That defendant be provided with substance abuse treatment while serving his imprisonment term.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL