# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

CESAR COLON-RIVERA

**WARRANT FOR ARREST**

Case Number: Cr. 97-72-012 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **CESAR COLON-RIVERA** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  **X Supervised Release Violation Petition**  ☐ Violation Notice

charging him or her with   (brief description of offense)

ONCE ARRESTED DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

in violation of Title _____ United States Code, Section(s) _____

MARCOS E LÓPEZ
Name of Issuing Officer

s/Minerva Figueroa
Signature of Issuing Officer   By Minerva Figueroa, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

November 26, 2007,   AT HATO REY, PUERTO RICO
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-11-07 | Antonio Torres CID/SM | [signature] |